1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
10
11   HAROLD BAERT,                    Case No. CV 15-8409 SVW (SS)
12                 Petitioner,
13        v.                                     **JUDGMENT**
14   WILLIAM MUNIZ, Warden,
15                 Respondent.
16
17        Pursuant   to   the   Court's   Order   Accepting   Findings,
18   Conclusions  and  Recommendations  of  United  States  Magistrate
19   Judge,
20
21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is
22   dismissed with prejudice.
23
24   DATED:  August 30, 2016
25                                    _____
                                      STEPHEN V. WILSON
26                                    UNITED STATES DISTRICT JUDGE
27
28